
To supplement my opposition ( important)

to:
Court
03/24/2016 02:30 PM
Cc:
Walker, Edgar
Hide Details
From: ahmedzaky
To: Court <mann_chambers
Cc: Walker, Edgar

Dear Honorable Mann,

I'm writing to supplement my opposition to the motion to withdraw of my attorney Mr. Harman.

While I'm not sure if I have enough time to show other cause that the court should denies the motion, I find it important I bring certain facts to the attention of the Court.

. It will be extremely hard for me to represent myself as pro see since English is not my native language and should my case go to a trial, I will be in a huge disadvantage.

. Since I'm the only caregiver for my sick parent, I may have to reside overseas for some times which could creat an obstacle for me to communicate with the court .

. Since I'm now fully ready and prepared to litigate my case to the end and not looking for a quick settlement, I don't see that I and my attorney have any conflict of interest anymore.

Furthermore, I don't believe my relationship with Mr Harman is harmed to a point that we can't work or trust one another anymore. I still have faith that he could win my case or get me an adequate settlement.

I hope and pray the new Judge assigned to the case denies the motion .

Very truly yours.

Ahmed Zaky


Sent from my Samsung Galaxy smartphone.



Fwd: To supplement my opposition ( important)

to:
Court
03/24/2016 03:46 PM
Hide Details
From: ahmedzaky
To: Court <mann_chambers

This email belongs to case # 15-CV-5500

Best,

Ahmed Zaky

Sent from my Samsung Galaxy smartphone.

Dear Honorable Mann,

I'm writing to supplement my opposition to the motion to withdraw of my attorney Mr. Harman.

While I'm not sure if I have enough time to show other cause that the court should denies the motion, I find it important I bring certain facts to the attention of the Court.

. It will be extremely hard for me to represent myself as pro see since English is not my native language and should my case go to a trial, I will be in a huge disadvantage.

. Since I'm the only caregiver for my sick parent, I may have to reside overseas for some times which could creat an obstacle for me to communicate with the court .

. Since I'm now fully ready and prepared to litigate my case to the end and not looking for a quick settlement, I don't see that I and my attomey have any conflict of interest anymore.

Furthermore, I don't believe my relationship with Mr Harman is harmed to a point that we can't work or trust one another anymore. I still have faith that he could win my case or get me an adequate settlement.

I hope and pray the new Judge assigned to the case denies the motion .

Very truly yours.

Ahmed Zaky

Sent from my Samsung Galaxy smartphone.