# THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

April 14, 2016

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Zaky v. AlphaCare of New York, Inc., et al.*, 15 CV 5500

Dear Judge Tiscione:

We represent Plaintiff Ahmed Zaky in the above-referenced employment litigation. We write on behalf of the Parties to respectfully request an adjournment of the telephone court conference presently scheduled for April 25, 2016, at 11:30 a.m.

Defendants' and Plaintiff's counsel are unavailable for the conference at the presently scheduled time. The Parties have conferred and respectfully request an adjournment to anytime after 12:30 p.m. on April 25, 2016 or at any time convenient for the Court on April 26, 2016.

This is the Parties' first joint request for an adjournment. This adjournment will not affect the scheduling order in this matter.

Thank you for your time and attention to this matter.

Respectfully submitted,

Edgar M. Rivera

cc: Walker G. Harman, Jr. (via ECF)
Alison L. MacGregor, Esq. (via ECF)
Barbara E. Hoey, Esq. (via ECF)
Ahmed Zaky (via email)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926