## CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | April 25, 2016 |
| TIME: | 2:00 p.m. |
| DOCKET NUMBER(S): | CV-15-5500 (FB) |
| NAME OF CASE(S): | Zaky v. AlphaCare of New York, Inc. et al. |
| FOR PLAINTIFF(S): | Edgar Rivera with plaintiff Ahmed Zaky |
| FOR DEFENDANT(S): | Alison MacGregor |
| NEXT CONFERENCE(S): | June 20, 2016 at 2:00 p.m. |
| FTR/COURT REPORTER: | FTR (2:06 - 2:33) |

RULINGS FROM  Motion Hearing                          :

ORDER denying [11] Motion to Withraw as Attorney at this time, without prejudice to a renewed motion at a later date.

A status conference will be held on June 20, 2016 at 2:00.  Prior to the status conference, the parties are to complete Rule 26(a) initial disclosures, reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement.  Plaintiff must personally appear at the status conference and all parties should be prepared to discuss potential settlement.  If plaintiff fails to appear at the conference, or otherwise fails to cooperate with his attorney, the Court will grant the Harman Firm's Motion to Withdraw and may recommend that the case be dismissed for failure to prosecute.