**THE HARMAN FIRM, LLP**
Attorneys & Counselors At Law
www.theharmanfirm.com

June 7, 2016

<u>VIA ECF</u>

Judge Frederick Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Zaky v. AlphaCare of New York, Inc., et al.*, 15 CV 5500

Dear Judge Block:

    We represent Plaintiff Ahmed Zaky in the above-referenced employment litigation. At the Court's direction, Plaintiff and Plaintiff's counsel discussed whether the attorney-client relationship was salvageable; we believe that it is. As such, Plaintiff's counsel withdraws its previously filed Motion to Withdraw as Counsel (Docket No. 11).

    Thank you for your time and attention to this matter.

                                        Respectfully submitted,

                                        Walker G. Harman, Jr.

cc:    Alison L. MacGregor, Esq. (via ECF)
        Barbara E. Hoey, Esq. (via ECF)
        Ahmed Zaky (via email)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926