**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | June 20, 2016 |
| TIME: | 2:00 |
| DOCKET NUMBER(S): | CV-15-5500 (FB) |
| NAME OF CASE(S): | Zaky v. AlphaCare of New York, Inc. |
| FOR PLAINTIFF(S): | Rivera |
| FOR DEFENDANT(S): | MacGregor |
| NEXT CONFERENCE(S): | September 27, 2016 at 2:30 p.m. - IN-PERSON |
| FTR/COURT REPORTER: | FTR (2:02 - 2:18) |

RULINGS FROM Initial Conference:

The Court sets the following discovery deadlines:

Completion of Phase I discovery - 8/19/16;

Deadline for motions to join new parties or amend pleadings - 9/13/16;

First requests for production of documents and interrogatories due by - 9/27/16;

All fact discovery to be completed by 1/11/17;

Exchange of expert reports - 2/10/17;

Expert depositions completed by - 3/10/17;

All discovery completed by 3/20/17;

Final date to take first step in dispositive motion practice - 4/19/17.

An in-person settlement conference will be held on September 27, 2016 at 2:30 p.m.  Parties are to submit their respective settlement positions via ex parte electronic filing no later than September 23, 2016.  Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.

The Parties are directed to advise the Court by June 24 if Plaintiff's anticipated motion for conditional certification will be opposed or on consent.  If the Defendant opposes conditional certification, the Parties shall confer and submit an agreed-upon briefing schedule for the motion.