UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------×
AHMED ZAKY, *on behalf of himself and those similarly situated*,

        *Plaintiff*,

  v.

ALPHACARE OF NEW YORK INC. *and* MAGELLAN HEALTHCARE INC.,

        *Defendants*.
------------------------------------------------------------------------×

15 CV 5500

NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum in Support of Motion for Attorneys' Fees and Costs, dated April 28, 2017, The Harman Firm, LLP, will move this Court, on a date and time to be set by the Court, before the Honorable Steven L. Tiscione, United States Magistrate Judge, at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting an award of The Harman Firm, LLP's attorneys' fees and costs incurred in the prosecution of this action.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b) of the U.S. District Court, Eastern District of New York, any opposing affidavits and memoranda of law shall be served within 14 days after service of the these moving papers.

Dated: New York, New York
       April 28, 2017

                                     By: s/ Walker G. Harman, Jr.
                                          Walker G. Harman, Jr. [WH-8044]
                                          Edgar M. Rivera [ER-1378]
                                          THE HARMAN FIRM, LLP
                                          220 Fifth Avenue, Suite 900
                                          New York, NY 10001
                                          212.425.2600
                                          wharman@theharmanfirm.com
                                          erivera@theharmanfirm.com